180 So. 898

**Nancy HOLT v. STATE.**
4 Div. 363.

Court of Appeals of Alabama.
April 5, 1938.

A. A. Carmichael, Atty. Gen., for the State.

SAMFORD, Judge.
Affirmed.

188 So. 924
**J. W. HOPPER v. M. M. GILBREATH.**
6 Div. 388.

Court of Appeals of Alabama.
April 20, 1939.

PER CURIAM.
Appeal dismissed for want of prosecution.

177 So. 921
**George HOUSE v. STATE.**
6 Div. 216.

Court of Appeals of Alabama.
Dec. 7, 1937.

BRICKEN, Presiding Judge.
Affirmed.

176 So. 922
**Jeff D. HUBBARD, alias, v. STATE.**
4 Div. 342.

Court of Appeals of Alabama.
Nov. 9, 1937.

SAMFORD, Judge.
Affirmed.

181 So. 920
**Willie HUBBARD v. STATE.**
8 Div. 617.

Court of Appeals of Alabama.
May 24, 1938.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

185 So. 923
**Challis HUFFMAN v. STATE.**
6 Div. 330.

Court of Appeals of Alabama.
Dec. 20, 1938.

A. A. Carmichael, Atty. Gen., for the State.

RICE, Judge.
Affirmed.